# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

---

## 2019 ND 61

---

In the Interest of C.H., a Child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| C.H., Child; A.H., Mother; and Jennifer Restemayer, Guardian ad Litem, | Respondents |
| and | |
| M.H., Father, | Respondent and Appellant |

---

No. 20190018

---

In the Interest of J.H., a Child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| J.H., Child; A.H., Mother; and Jennifer Restemayer, Guardian ad Litem, Respondents | |
| and | |
| M.H., Father, | Respondent and Appellant |

No. 20190019

---

In the Interest of K.H., a Child

State of North Dakota,                                    Petitioner and Appellee

    v.

K.H., Child; A.H., Mother; and
Jennifer Restemayer, Guardian ad Litem,                  Respondents

    and

M.H., Father,                                            Respondent and Appellant

---

No. 20190020

---

In the Interest of S.H., a Child

State of North Dakota,                                    Petitioner and Appellee

    v.

S.H., Child; A.H., Mother; and
Jennifer Restemayer, Guardian ad Litem,                  Respondents

    and

M.H., Father,                                            Respondent and Appellant

---

No. 20190021

---

Appeal from the Juvenile Court of Cass County, East Central Judicial District, the Honorable Scott A. Griffeth, Judicial Referee.

AFFIRMED.

Per Curiam.

2

Constance L. Cleveland, Assistant State's Attorney, Fargo, ND, for petitioner and appellee; submitted on brief.

Daniel E. Gast, Fargo, ND, for respondent and appellant M.H., Father; submitted on brief.

# Interest of C.H., J.H., K.H., and S.H.

## Nos. 20190018-20190021

**Per Curiam.**

[¶1]   M.H. appeals from a juvenile court judgment terminating his parental rights to his four children.  On appeal, M.H. argues the juvenile court erred by finding the children to be deprived and that the causes of the deprivation were likely to continue, causing harm to the children.  The juvenile court terminated parental rights based on several findings, including finding the children were subjected to aggravated circumstances under N.D.C.C. § 27-20-02(3)(b) and (h), due to M.H.'s failure to address substance abuse issues and the children's exposure to methamphetamine.  We conclude the juvenile court's finding of aggravated circumstances is supported by clear and convincing evidence, is not clearly erroneous, and supports the termination of M.H.'s parental rights.  *See Interest of D.M.W.*, 2019 ND 8, ¶ 1, 921 N.W.2d 426 (exposure to aggravated circumstances is an adequate ground for termination of parental rights).  We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (7).

[¶2]   Gerald W. VandeWalle, C.J.
       Jon J. Jensen
       Lisa Fair McEvers
       Daniel J. Crothers
       Jerod E. Tufte

1